UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MYHOOD IAN TIAT,

              Plaintiff,

-against-                        **MEMORANDUM AND ORDER**

ANGELLA HOPAL POWELL,            16-cv-06377 (ENV) (RER)

              Defendant,

LORETTA E. LYNCH,

              Respondent.
------------------------------------------------------------x

      This matter comes before the Court upon the Motion for an Order to Show Cause, filed by plaintiff Myhood Ian Tait on November 23, 2016, which seeks, *inter alia*, a temporary restraining order ("TRO"), (1) staying proceedings in a purportedly related matter currently pending before the Family Court of the State of New York in Kings County and (2) barring defendant Angela Hopal Powell from removing plaintiff's children from the State of New York. Having reviewed plaintiff's motion, the Court finds that, to the extent that plaintiff has standing and that the Court possesses jurisdiction over this matter, plaintiff has not made the requisite showing of a likelihood of success on, or sufficiently serious questions going to, the merits to warrant the issuance of a TRO. *See Chan v. Chinese-Am. Planning Council Home Attendant Program Inc.*, No. 15-cv-9605 (KBF), 2016 WL 3004516, at *1 (S.D.N.Y. Jan. 21, 2016).

      The request for the TRO is denied.

      **SO ORDERED.**

/s/ U.S.D.J. Eric N. Vitaliano

Dated: Brooklyn, New York
       November 23, 2016

_____
ERIC N. VITALIANO
United States District Judge