

THE Children's LAW CENTER
www.clcny.org

December 7, 2016

Hon. Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>Tait v. Powell, et al.</u>, 16-cv-06377 (ENV) (RER)

Dear Judge Vitaliano:

BOARD OF DIRECTORS
PRESIDENT
Stephen Rinehart, Esq.
VICE PRESIDENT
L. Robert Batterman, Esq.
SECRETARY
Mary Eaton, Esq.
TREASURER
Stephanie Perry

Aman A. D'Mello, M.S.W.
Beatrice Frank, Esq.
Linda Gerstel, Esq.
Amy Glickman, Esq.
Hon. Howard A. Levine (Ret.)
Nan McNamara
Laurie J. McPherson, Esq.
Fern Schair, Esq.
William C. Silverman, Esq.

EXECUTIVE DIRECTOR
Karen P. Simmons, Esq.

DEPUTY DIRECTORS
Appeals
Barbara H. Dildine, Esq.
Trials and Training
Martha Schneiderman, Esq.

DIRECTORS
Brooklyn
Hilarie Chacker, Esq.
Dawn J. Post, Esq.
Bronx
Deborah Gould, Esq.
Sara Hiltzik, Esq.
Queens
Tosha Y. Foster, Esq.
Staten Island
Hilarie Chacker, Esq.
Director of Social Work
Tracey Tronolone, L.C.S.W.
Director of Paralegal
and Volunteer Services
Tanisha S. McKnight, Esq.

The Children's Law Center ("CLC") is a nonprofit law firm that represents children in custody, visitation, guardianship, paternity, family offense, child protective, and related proceedings in the Family Courts and the Integrated Domestic Violence Parts of the Supreme Court of the State of New York, when appointed to do so by judges of those courts, pursuant to a contract with the New York State Office of Court Administration. In addition, CLC represents its child clients in appeals from proceedings decided by the Family Courts and Integrated Domestic Violence Courts. Pursuant to its contract, CLC also is permitted to continue to represent its clients in related proceedings in State and Federal courts when, in its judgment, it is necessary to do so in order to zealously represent its clients' interests.

On August 23, 2016, CLC was assigned to represent K.T. and C.T. ("the children"), now-eight-year old twin girls, who are the subject of this case, in custody proceedings initiated in the Kings County Family Court by the defendant, Angella Powell, in this matter, who is the children's mother, against the plaintiff, Myhood Tait, who is the children's father.

Today I am filing a motion, seeking to intervene in this action on behalf of the children. I have communicated with the attorney for the father, Audrey Thomas, Esq., in order to agree on a briefing schedule with respect to that motion. On December 5, 2016, Ms. Thomas and I agreed that I would serve her with that motion, by email, on December 7, 2015, by 10:00 a.m., and that she would respond by December 11, 2015. These dates were selected in the hope that this motion could be heard on December 13, 2016, together with the father's application for a preliminary injunction.

I hope that this is acceptable to the Court. Thank you for your consideration.

*Every child at the center of a court case has a unique voice, and that voice must be heard.*

Respectfully,

*Janet Neustaetter*

Janet Neustaetter

44 Court Street, 11th Floor
Brooklyn, NY 11201
TEL 718·522·3333
FAX 718·522·7376

820 Concourse Village West, 5th Floor
Bronx, NY 10451
TEL 718·741·3400
FAX 718·741·9658

118-21 Queens Boulevard, Suite 417
Forest Hills, NY 11375
TEL 718·544·3499
FAX 718·544·4450

36 Richmond Terrace, Suite 304
Staten Island, NY 10301
TEL 718·447·8384
FAX 718·447·3893

*Our mission is to give a child a strong and effective voice in a legal proceeding that has a critical impact on his or her life.*