ORIGINAL



RECEIVED
DEC - 6 2016
PRO SE OFFICE

Hon. Eric N. Vitaliano
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Tait vs. Powell
    Docket No. 16-CV-06377(ENV) (RER)
    Adjourn Date: December 13, 2016

Dear Judge Vitaliano:

On November 28, 2016, I was served with a copy of a complaint filed against me by Myhood Tait in this case. I am respectfully requesting permission to appear in this matter telephonically on December 13, 2016, and for all future court appearances.

I am a citizen of the country of Jamaica, and am employed as a teacher. In early July 2016, I came to New York on a visitor's visa to see my children, Corine Tait and Karine Tait (both born August 30, 2008), who were living with their father, Myhood Tait, in Queens, New York. This visa permitted me to stay in the United States for a six-month period, which will end on January 3, 2017.

Once the children told me how unhappy they were while living with their father, I filed a petition for custody in Kings County Family Court, and I was granted an order of custody on default on August 23, 2016 on Mr. Tait's default. Mr. Tait subsequently appeared in family court and filed his own custody petition on September 8, 2016. On October 18, 2016, I obtained an order from the Hon. Dean Kusakabe permitting the children to return to Jamaica with me while the cases in family court were pending (copy enclosed). However, I was unable to leave with the children because Mr. Tait refused to return the children's passports to me, despite five orders directing him to do so. In addition, Mr. Tait repeatedly attempted to prevent me from leaving for Jamaica with the children by seeking stays of Judge Kusakabe's order in the Appellate Division, Second Department and then in this proceeding. Finally, on November 28, 2016, Mr. Tait produced the passports to the office of the attorneys for my children.

It has and continues to be imperative that I return to Jamaica with my children, as I have been at risk of losing my job, I cannot legally seek employment in the United States, and Mr. Tait has not provided me with any financial support since I have had the children in my care, beginning on July 4, 2016. Consequently, I have made plans and purchased tickets to return to Jamaica with the children on December 10, 2016. I chose this date because Judge Kusakabe directed me to bring Karine for an in camera interview with him on December 6, 2016, before I leave for Jamaica, and December 10th was the first date after that when I was able to arrange a reasonably priced flight.

I understand that, if this application is granted, it will be my responsibility to arrange a location to appear by telephonic or other electronic means. I also understand that I must confirm final arrangements for testifying by electronic means with this Court by calling the Court at a number that will be provided to me. I also understand that the Court will send me a written Order telling me whether this application has been granted or denied.

In addition, I understand that while I have the right to be present at all court appearances in person, I am waiving my physical presence on December 13, 2016, and for any subsequent appearance for which I am granted permission, to appear electronically, and choose not to attend in person. I also understand that if I fail to appear on any of the scheduled dates, either in person or by telephone or other electronic means approved by this Court, this Court may hear the matter in my absence.

I respectfully ask this Court to permit me to appear on December 13, 2016, and all future court dates in this matter, by telephonic or other electronic means. It would be hardship for me to be forced to remain in the United States until after December 13. Thank you.

Sincerely yours,

Angella Powell

Dec 6, 2016
CC  Audrey  A  Thomas

A. P

Angella Powell

By Hand
Hon. Eric N. Vitaliano
225 Cadman Plaza East
Brooklyn, NY 11201